

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00429-CV

**IN THE INTEREST OF Y.Z., N.A.Z., J.F.Z., AND V.V.Z.**, Children

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3814CCL
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED February 10, 2021.

_____
Irene Rios, Justice